FILED
2012 OCT 19 AM 11: 16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SERGIO COTA ZAMORANO,<br><br>    Defendant. | Case No. 12CR4082-W<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No 12CR4082-W, against defendant Sergio Cota Zamorano, be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 10/19/12

HONORABLE THOMAS J. WHELAN
United States District Judge